**FILED**

NOV 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL J. SHEPARD (Bar No. 91281)
2  DAVID M. CHAIKEN (Bar No. 230619)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, California 94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  E-mail: michael.shepard@hellerehrman.com
           david.chaiken@hellerehrman.com
6
   Attorneys for defendants GATX THIRD AIRCRAFT CORPORATION and
7  GATX FINANCIAL CORPORATION

8  [*Names and addresses of additional counsel appear on signature page*]

9               IN THE UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   FLIGHTLEASE HOLDINGS (GUERNSEY)
14 LIMITED, by its Joint Liquidators Stephen John
   Akers and Nick Stuart Wood, derivatively and
15 on behalf of Nominal Defendant GATX
   Flightlease Aircraft Company Limited,
16
                       Plaintiff,
17                                                  Case No.: 3:05-CV-04182 MHP

18       v.                                         **STIPULATION EXTENDING TIME
                                                    TO RESPOND TO COMPLAINT**
19 JAMES MORRIS, ALAN M. REINKE, GATX
   THIRD AIRCRAFT CORPORATION, and                  The Honorable Marilyn H. Patel
20 GATX FINANCIAL CORPORATION,

21                     Defendants,

22                     -and-

23 GATX FLIGHTLEASE AIRCRAFT
   COMPANY LIMITED,
24
                       Nominal Defendant.
25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT: 3:05-CV-04182 MHP

Pursuant to Civil Local Rule 6-1(a), Defendants James Morris, Alan M. Reinke, GATX Third Aircraft Corporation, and GATX Financial Corporation (collectively, "Defendants") and Plaintiff Flightlease Holdings (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited ("Plaintiff"), respectfully submit this Stipulation extending the time for all Defendants to answer or otherwise respond to Plaintiff's "Shareholder Derivative Complaint."

**WHEREAS**, Defendants have requested, and Plaintiff has agreed to, additional time to answer or otherwise respond to the "Shareholder Derivative Complaint";

**WHEREAS**, the parties have not previously requested any extensions of time in this action, whether by stipulation or by court order; and

**WHEREAS**, Defendants need additional time to evaluate the allegations in the "Shareholder Derivative Complaint" and possibly prepare a motion to dismiss;

**NOW THEREFORE**, the parties hereby stipulate and agree to the following:

1. Defendants shall answer or otherwise respond to the "Shareholder Derivative Complaint" on or before January 16, 2006;
2. Plaintiff's response to Defendants' submission, if any, shall be filed on or before March 2, 2006; and
3. Defendants' reply to Plaintiff's responsive submission, if any, shall be filed on or before April 3, 2006.

IT IS SO STIPULATED AND AGREED.

November 22, 2005     HELLER EHRMAN LLP


            By /s/ David M. Chaiken
              David M. Chaiken

            MOSES SILVERMAN
            ERIC TWISTE
            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
            1285 Avenue of the Americas
            New York, New York 10019-6064
            Telephone: (212) 373-3000
            Facsimile: (212) 757-3990

            Attorneys for defendants GATX THIRD AIRCRAFT
            CORPORATION and GATX FINANCIAL CORPORATION

November 22, 2005     CHARLES C. READ (Bar No. 67231)
            KARL R. THOMPSON
            O'MELVENY & MYERS LLP
*With Express Authorization 1625 Eye Street, NW
            Washington, DC 20006
            Telephone: (202) 220-5030
            E-mail: cread@omm.com

            By /s/ Charles C. Read
              Charles C. Read


            Attorneys for defendants JAMES MORRIS and ALAN M.
            REINKE

| | | |
|---|---|---|
| 1 | DATED: November 22, 2005 | KURT RAMLO (Bar No. 166856) |
| 2 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | 300 South Grand Avenue, Suite 3400 |
| 3 | | Los Angeles, California 90071-3144 |
| | *With Express Authorization | Telephone: 213-687-5628 |
| 4 | | Facsimile: 213-687-5600 |
| | | E-mail: kramlo@skadden.com |

By /s/ Kurt Ramlo
    Kurt Ramlo

Attorneys for Plaintiff FLIGHTLEASE HOLDINGS (GUERNSEY) LIMITED, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited.

* I, David M. Chaiken, attest that Charles C. Read and Kurt Ramlo have read and approved the Stipulation Extending Time to Respond to Complaint and consent to its filing in this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

this 23rd day of Nov., 2005.

_____
The Honorable Marilyn H. Patel
United States District Judge

---

3
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT: 3:05-CV-04182 MHP