1  SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
2
   Kurt Ramlo (Cal. Bar No. 166856)
3  Four Embarcadero Center
   Suite 3800
4  San Francisco, California 94111-5974
   Telephone:  415.984.6400
5  Facsimile:  415.984.2698
   Email:  kramlo@skadden.com
6
7  Attorneys for the Joint Liquidators of
   Plaintiff Flightlease Holdings (Guernsey) Limited
8
   *Names and addresses of additional counsel appear on the signature pages*

9              **IN THE UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**

11 - - - - - - - - - - - - - - - - - - - - - - - - - x

12 FLIGHTLEASE HOLDINGS (GUERNSEY) :
   LIMITED, by its Joint Liquidators       :  Case No. 3:05-CV-04182 MHP
13 Stephen John Akers and Nick Stuart Wood, :
   derivatively and on behalf of Nominal   :
14 Defendant GATX Flightlease Aircraft     :
   Company Limited,                        :  STIPULATION REQUESTING
15                                         :  <u>ORDER EXTENDING TIME</u>
                     Plaintiff,            :
16                                         :
               - against -                 :  The Honorable Marilyn H. Patel
17                                         :
   JAMES MORRIS, ALAN M. REINKE,           :
18 GATX THIRD AIRCRAFT                     :
   CORPORATION and GATX FINANCIAL          :
19 CORPORATION,                            :
                                           :
20                   Defendants,           :
                                           :
21              - and -                    :
                                           :
22 GATX FLIGHTLEASE AIRCRAFT               :
   COMPANY LIMITED,                        :
23                                         :
                 Nominal Defendant.        :
24 - - - - - - - - - - - - - - - - - - - - - - - - - x

25         Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Flightlease Holdings

26 (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood,

27 derivatively on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited, and

28 Defendants James Morris, Alan M. Reinke, GATX Third Aircraft Corporation, and GATX

1   Financial Corporation (collectively, "Defendants"), respectfully submit this Stipulation requesting

2   an Order extending the time for Plaintiff to respond to Defendants' joint motion to dismiss

3   Plaintiff's Shareholder Derivative Complaint (the "Complaint").

4            WHEREAS, on or about November 22, 2005, the parties entered into a stipulation

5   (the "Stipulation") that extended the time for Defendants to answer or otherwise respond to the

6   Complaint and established a schedule for the briefing of any motion to dismiss the Complaint;

7

8            WHEREAS, on or about January 16, 2006, Defendants jointly moved to dismiss the

9   Complaint;

10           WHEREAS, pursuant to the Stipulation, Plaintiff's papers in opposition to

11  Defendants' motion to dismiss the Complaint were to be filed on or before March 2, 2006;

12           WHEREAS, the parties have agreed to provide Plaintiff with additional time to

13  consider Defendants' motion to dismiss the Complaint and prepare its papers in opposition to the

14  motion;

15

16           WHEREAS, the only previous extension in this action was the extension of

17  Defendants' time to answer or otherwise respond to the Complaint, agreed to pursuant to the prior

18  Stipulation; and

19           WHEREAS, the requested extension would require a short adjournment of the oral

20  argument date requested by Defendants in their motion to dismiss the Complaint but would not

21  have any other effect on the schedule in this action because the Court has vacated all other

22  deadlines pending resolution of Defendants' motion to dismiss;

23

24           NOW, THEREFORE, the parties hereby stipulate and agree to the following:

25           1.      Plaintiff's opposition to Defendants' motion to dismiss the complaint shall be

26  filed on or before April 17, 2006;

27           2.      Defendants' reply papers shall be filed on or before June 9, 2006; and

28

1            3.      Defendants' motion to dismiss shall be presented to the Court for oral

2    argument on June 26, 2006, at 2:00 p.m., or as soon thereafter as the matter may be heard by the

3    Court.

4    IT IS SO STIPULATED AND AGREED.

5

6    Dated: March 24, 2006                    SKADDEN, ARPS, SLATE

7                                     MEAGHER & FLOM, LLP

8                           By:/s/ Kurt Ramlo

9                              Kurt Ramlo (Cal. Bar No. 166856)
                          Four Embarcadero Center

10                             Suite 3800
                          San Francisco, California 94111-5974

11                             Telephone:  415.984.6400
                          Facsimile:  415.984.2698

12                             Email:  kramlo@skadden.com

13                          Attorneys for the Joint Liquidators of Plaintiff
                       Flightlease Holdings (Guernsey) Limited

14   Of Counsel:

15   George A. Zimmerman
Lauren E. Aguiar

16   Shawn P. Naunton
Four Times Square

17   New York, New York 10036
212.735.3000

18     - and –

19   Edward J. Meehan
1440 New York Avenue, N.W.

20   Washington, D.C. 20005
202.371.7000

21

22

23

24

25

26

27

28

Dated: March 24, 2006

HELLER EHRMAN LLP

By  /s/ Michael Zwibelman
    Michael J. Shepard (Cal. Bar No. 91281)
    Michael A. Zwibelman (Cal. Bar No. 224783)
    333 Bush Street
    San Francisco, California 94104-2878
    Telephone:  415.772.6000
    Facsimile:  415.772.6268
    Email:  michael.shepard@hellerehrman.com
    Email:  michael.zwibelman@hellerehrman.com

    Attorneys for Defendants GATX Third
    Aircraft Corporation and GATX Financial
    Corporation

    **\*With Express Authorization**

Of Counsel:
Moses Silverman
Eric Twiste
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
212.373.3000

1    Dated: March 24, 2006                    O'MELVENY & MYERS LLP

2                                             By:/s/ Charles C. Read_____
                                                 Charles C. Read (Cal. Bar No. 67231)
3                                                Karl R. Thompson
                                                 1625 Eye Street, NW
4                                                Washington, D.C. 20006
                                                 Telephone:  202.383.5300
5                                                Facsimile:  202.383.5414
                                                 Email:  cread@omm.com
6                                                Email:  kthompson@omm.com

7                                                Attorneys for Defendants James Morris
                                                 and Alan M. Reinke and Nominal Defendant
8                                                GATX Flightlease Aircraft Company Ltd.

9                                             **With Express Authorization**

10

11   * I, Kurt Ramlo, attest that Michael A. Zwibelman and Charles C. Read have read and approved
12   the Stipulation Requesting Order Extending Time and consent to its filing in this action.

13

14

15

16

17

18

19

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED,

22

23   this __28__ day of _March_ 2006.

24                                             _____
                                              The Honorable
25                                             United States D

26

27

28