SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

Kurt Ramlo (Cal. Bar No. 166856)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
Telephone:  415.984.6400
Facsimile:  415.984.2698
Email:  kramlo@skadden.com

Attorneys for the Joint Liquidators of
Plaintiff Flightlease Holdings (Guernsey) Limited

*Names and addresses of additional counsel appear on the signature pages*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLIGHTLEASE HOLDINGS (GUERNSEY) LIMITED, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited,

    Plaintiff,

    - against -

JAMES MORRIS, ALAN M. REINKE, GATX THIRD AIRCRAFT CORPORATION and GATX FINANCIAL CORPORATION,

    Defendants,

    - and -

GATX FLIGHTLEASE AIRCRAFT COMPANY LIMITED,

    Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 3:05-CV-04182 MHP

STIPULATION REQUESTING
<u>ORDER EXTENDING TIME</u>

The Honorable Marilyn H. Patel

   Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Flightlease Holdings (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited, and Defendants James Morris, Alan M. Reinke, GATX Third Aircraft Corporation, and GATX

1  Financial Corporation (collectively, "Defendants"), respectfully submit this Stipulation requesting
2  an Order extending the time for Plaintiff to respond to Defendants' joint motion to dismiss
3  Plaintiff's Shareholder Derivative Complaint (the "Complaint").
4
5         WHEREAS, on or about November 22, 2005, the parties entered into a stipulation
6  (the "Stipulation") that extended the time for Defendants to answer or otherwise respond to the
7  Complaint and established a schedule for the briefing of any motion to dismiss the Complaint;
8         WHEREAS, on or about January 16, 2006, Defendants jointly moved to dismiss the
9  Complaint;
10        WHEREAS, pursuant to the Stipulation, Plaintiff's papers in opposition to
11 Defendants' motion to dismiss the Complaint were to be filed on or before March 2, 2006;
12        WHEREAS, pursuant to a second stipulation (the "Second Stipulation"), So Ordered
13 by the Court on March 28, 2006, the time for Plaintiff to file papers in opposition to Defendants'
14 motion to dismiss the Complaint was extended to April 17, 2006;
15
16        WHEREAS, the parties have agreed to extend the time for Plaintiff to file papers in
17 opposition to Defendants' motion to dismiss the Complaint so that the parties can confer in an
18 effort to resolve this dispute and, if the parties cannot agree upon such a resolution, Plaintiff can
19 evaluate Defendants' motion to dismiss the Complaint and respond to the motion;
20        WHEREAS, the only previous extensions in this action were the extension of
21 Defendants' time to answer or otherwise respond to the Complaint, and the extension of Plaintiff's
22 time to file papers in opposition to Defendants' motion to dismiss the Complaint, agreed to
23 pursuant to the prior Stipulations; and
24
25        WHEREAS, the requested extension would require a short adjournment of the oral
26 argument date requested by Defendants in the Second Stipulation but would not have any other
27 effect on the schedule in this action because the Court has vacated all other deadlines pending
28 resolution of Defendants' motion to dismiss;

NOW, THEREFORE, the parties hereby stipulate and agree to the following:

1. Plaintiff's opposition to Defendants' motion to dismiss the complaint shall be filed on or before May 8, 2006;

2. Defendants' reply papers shall be filed on or before June 30, 2006; and

3. Defendants' motion to dismiss shall be presented to the Court for oral argument on July 17, 2006, at 2:00 p.m., or as soon thereafter as the matter may be heard by the Court.

IT IS SO STIPULATED AND AGREED.

Dated: April 20, 2006

        SKADDEN, ARPS, SLATE
          MEAGHER & FLOM, LLP

By: /s/ Kurt Ramlo
    Kurt Ramlo (Cal. Bar No. 166856)
    Four Embarcadero Center
    Suite 3800
    San Francisco, California 94111-5974
    Telephone:  415.984.6400
    Facsimile:  415.984.2698
    Email:  kramlo@skadden.com

Attorneys for the Joint Liquidators of Plaintiff Flightlease Holdings (Guernsey) Limited

Of Counsel:
George A. Zimmerman
Lauren E. Aguiar
Shawn P. Naunton
Four Times Square
New York, New York 10036
212.735.3000
   - and –
Edward J. Meehan
1440 New York Avenue, N.W.
Washington, D.C. 20005
202.371.7000

| | |
|---|---|
| Dated: April 20, 2006 | HELLER EHRMAN LLP |
| | By /s/ Michael Zwibelman |
| | Michael J. Shepard (Cal. Bar No. 91281) |
| | Michael A. Zwibelman (Cal. Bar No. 224783) |
| | 333 Bush Street |
| | San Francisco, California 94104-2878 |
| | Telephone:  415.772.6000 |
| | Facsimile:  415.772.6268 |
| | Email:  michael.shepard@hellerehrman.com |
| | Email:  michael.zwibelman@hellerehrman.com |
| | |
| | Attorneys for Defendants GATX Third Aircraft Corporation and GATX Financial Corporation |
| | |
| | **\*With Express Authorization** |

Of Counsel:
Moses Silverman
Eric Twiste
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
212.373.3000

| | |
|---|---|
| Dated: April 20, 2006 | O'MELVENY & MYERS LLP |
| | By:/s/ Charles C. Read |
| | Charles C. Read (Cal. Bar No. 67231) |
| | Karl R. Thompson |
| | 1625 Eye Street, NW |
| | Washington, D.C. 20006 |
| | Telephone:  202.383.5300 |
| | Facsimile:  202.383.5414 |
| | Email:  cread@omm.com |
| | Email:  kthompson@omm.com |
| | |
| | Attorneys for Defendants James Morris and Alan M. Reinke and Nominal Defendant GATX Flightlease Aircraft Company Ltd. |
| | |
| | **\*With Express Authorization** |

\* I, Kurt Ramlo, attest that Michael A. Zwibelman and Charles C. Read have read and approved the Stipulation Requesting Order Extending Time and consent to its filing in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED this 26th day of April, 2006.

_____
The Honorable
United States

*IT IS SO ORDERED*
*[signature]*
Judge Marilyn H. Patel