SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP

Kurt Ramlo (Cal. Bar No. 166856)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
Telephone:  415.984.6400
Facsimile:  415.984.2698
Email:  kramlo@skadden.com

Attorneys for the Joint Liquidators of
Plaintiff Flightlease Holdings (Guernsey) Limited

*Names and addresses of additional counsel appear on the signature pages*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FLIGHTLEASE HOLDINGS (GUERNSEY) LIMITED, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited, | Case No. 3:05-CV-04182 MHP |
| Plaintiff, | STIPULATION REQUESTING ORDER EXTENDING TIME |
| - against - | The Honorable Marilyn H. Patel |
| JAMES MORRIS, ALAN M. REINKE, GATX THIRD AIRCRAFT CORPORATION and GATX FINANCIAL CORPORATION, | |
| Defendants, | |
| - and - | |
| GATX FLIGHTLEASE AIRCRAFT COMPANY LIMITED, | |
| Nominal Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Flightlease Holdings (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited, and Defendants James Morris, Alan M. Reinke, GATX Third Aircraft Corporation, and GATX

Financial Corporation (collectively, "Defendants"), respectfully submit this Stipulation requesting an Order extending the time for Plaintiff to respond to Defendants' joint motion to dismiss Plaintiff's Shareholder Derivative Complaint (the "Complaint").

WHEREAS, on or about November 22, 2005, the parties entered into a stipulation that extended the time for Defendants to answer or otherwise respond to the Complaint and established a schedule for the briefing of any motion to dismiss the Complaint;

WHEREAS, on or about January 16, 2006, Defendants jointly moved to dismiss the Complaint;

WHEREAS, pursuant to the November 22, 2005 stipulation, Plaintiff's papers in opposition to Defendants' motion to dismiss the Complaint were to be filed on or before March 2, 2006;

WHEREAS, pursuant to a second stipulation, So Ordered by the Court on March 28, 2006, the time for Plaintiff to file papers in opposition to Defendants' motion to dismiss the Complaint was extended to April 17, 2006;

WHEREAS, pursuant to a third stipulation, So Ordered by the Court on April 26, 2006, the time for Plaintiff to file papers in opposition to Defendants' motion to dismiss the Complaint was extended to May 8, 2006;

WHEREAS, pursuant to a fourth stipulation, So Ordered by the Court on May 9, 2006, the time for Plaintiff to file papers in opposition to Defendants' motion to dismiss the Complaint was extended to May 15, 2006;

WHEREAS, the parties have agreed to extend the time for Plaintiff to file papers in opposition to Defendants' motion to dismiss the Complaint so that the parties can continue to confer in an effort to resolve this dispute and, if the parties cannot agree upon such a resolution, Plaintiff can evaluate Defendants' motion to dismiss the Complaint and respond to the motion;

WHEREAS, the only previous extensions in this action were the extension of Defendants' time to answer or otherwise respond to the Complaint, and the extension of Plaintiff's time to file papers in opposition to Defendants' motion to dismiss the Complaint, agreed to pursuant to the prior stipulations; and

WHEREAS, the requested extension will not have any other effect on the schedule in this action because the Court has vacated all other deadlines pending resolution of Defendants' motion to dismiss;

NOW, THEREFORE, the parties hereby stipulate and agree to the following:

1. Plaintiff's opposition to Defendants' motion to dismiss the complaint shall be filed on or before June 5, 2006;

2. Defendants' reply papers shall be filed on or before July 7, 2006; and

3. As So Ordered by the Court on April 26, 2006, Defendants' motion to dismiss shall be presented to the Court for oral argument on July 17, 2006, at 2:00 p.m., or as soon thereafter as the matter may be heard by the Court.

IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2006 | SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP |

By: /s/ Kurt Ramlo
    Kurt Ramlo (Cal. Bar No. 166856)
    Four Embarcadero Center
    Suite 3800
    San Francisco, California 94111-5974
    Telephone:  415.984.6400
    Facsimile:  415.984.2698
    Email:  kramlo@skadden.com

Attorneys for the Joint Liquidators of Plaintiff
Flightlease Holdings (Guernsey) Limited

Of Counsel:
George A. Zimmerman
Lauren E. Aguiar
Shawn P. Naunton
Four Times Square
New York, New York 10036
212.735.3000
  - and –
Edward J. Meehan
1440 New York Avenue, N.W.
Washington, D.C. 20005
202.371.7000

| | | |
|---|---|---|
| 1 | Dated: May 18, 2006 | HELLER EHRMAN LLP |
| 2 | | By /s/ Michael Zwibelman |
| | | Michael J. Shepard (Cal. Bar No. 91281) |
| 3 | | Michael A. Zwibelman (Cal. Bar No. 224783) |
| | | 333 Bush Street |
| 4 | | San Francisco, California 94104-2878 |
| | | Telephone:  415.772.6000 |
| 5 | | Facsimile:  415.772.6268 |
| | | Email:  michael.shepard@hellerehrman.com |
| 6 | | Email:  michael.zwibelman@hellerehrman.com |
| 7 | | |
| | | Attorneys for Defendants GATX Third |
| 8 | | Aircraft Corporation and GATX Financial |
| | | Corporation |
| 9 | | |
| | | **\*With Express Authorization** |
| 10 | | |
| 11 | Of Counsel: | |
| | Moses Silverman | |
| 12 | Eric Twiste | |
| | PAUL, WEISS, RIFKIND, | |
| 13 |   WHARTON & GARRISON LLP | |
| | 1285 Avenue of the Americas | |
| 14 | New York, New York 10019 | |
| 15 | 212.373.3000 | |

| | | |
|---|---|---|
| 1 | Dated: May 18, 2006 | O'MELVENY & MYERS LLP |
| 2 | | By: /s/ Charles C. Read |
| 3 | |    Charles C. Read (Cal. Bar No. 67231) |
| | | Karl R. Thompson |
| 4 | | 1625 Eye Street, NW |
| | | Washington, D.C. 20006 |
| 5 | | Telephone: 202.383.5300 |
| | | Facsimile: 202.383.5414 |
| 6 | | Email: cread@omm.com |
| | | Email: kthompson@omm.com |

Attorneys for Defendants James Morris and Alan M. Reinke and Nominal Defendant GATX Flightlease Aircraft Company Ltd.

**\*With Express Authorization**

\* I, Kurt Ramlo, attest that Michael A. Zwibelman and Charles C. Read have read and approved the Stipulation Requesting Order Extending Time and consent to its filing in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

this  19th  day of  May  , 2006.

[Seal: United States District Court, Northern District of California]

IT IS SO ORDERED
Judge Marilyn H. Patel

_____
Stipulation Requesting Order Extending Time: 3:05-CV-04182 MHP
6