


SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Kurt Ramlo (Cal. Bar No. 166856)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
Telephone: 415.984.6400
Facsimile: 415.984.2698
Email: kramlo@skadden.com

Attorneys for the Joint Liquidators of
Plaintiff Flightlease Holdings (Guernsey) Limited

*Names and addresses of additional counsel appear on the signature pages*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLIGHTLEASE HOLDINGS (GUERNSEY) LIMITED, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited,<br><br>Plaintiff,<br><br>- against -<br><br>JAMES MORRIS, ALAN M. REINKE, GATX THIRD AIRCRAFT CORPORATION and GATX FINANCIAL CORPORATION,<br><br>Defendants,<br><br>- and -<br><br>GATX FLIGHTLEASE AIRCRAFT COMPANY LIMITED,<br><br>Nominal Defendant. | Case No. 3:05-CV-04182 MHP<br><br>NOTICE OF TENTATIVE SETTLEMENT AND [PROPOSED] ORDER CONTINUING <u>ALL DEADLINES</u><br><br>The Honorable Marilyn H. Patel |

The parties to this action, (i) Plaintiff Flightlease Holdings (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, (ii) Nominal Defendant GATX Flightlease Aircraft Company Limited, and (iii) Defendants James Morris, (iv) Alan M. Reinke, (v) GATX Third Aircraft Corporation, and (vi) GATX Financial Corporation (collectively,

"Defendants"), hereby respectfully apprise the Court that all parties have reached a tentative settlement in this matter, and respectfully request that the Court continue any deadlines in this matter for a period of ninety (90) days from entry of this Order to enable the parties to memorialize their settlement and thereby dismiss this action.

Specifically, the parties request that any deadlines in this matter, including any deadlines relating to Defendants' motion to dismiss Plaintiff's Shareholder Derivative Complaint, be continued accordingly, and that the motion to dismiss be held in abeyance for a period of ninety (90) days.

Dated: July 6, 2006

SKADDEN, ARPS, SLATE
MEAGHER & FLOM, LLP

By:/s/ Kurt Ramlo
Kurt Ramlo (Cal. Bar No. 166856)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
Telephone: 415.984.6400
Facsimile: 415.984.2698
Email: kramlo@skadden.com

Attorneys for the Joint Liquidators of Plaintiff Flightlease Holdings (Guernsey) Limited

Of Counsel:
George A. Zimmerman
Lauren E. Aguiar
Shawn P. Naunton
Four Times Square
New York, New York 10036
212.735.3000
- and –
Edward J. Meehan
1440 New York Avenue, N.W.
Washington, D.C. 20005
202.371.7000

Dated: July 6, 2006

HELLER EHRMAN LLP

By /s/ Michael Zwibelman

Michael J. Shepard (Cal. Bar No. 91281)
Michael A. Zwibelman (Cal. Bar No. 224783)
333 Bush Street
San Francisco, California 94104-2878
Telephone: 415.772.6000
Facsimile: 415.772.6268
Email: michael.shepard@hellerehrman.com
Email: michael.zwibelman@hellerehrman.com

Attorneys for Defendants GATX Third Aircraft Corporation and GATX Financial Corporation

***With Express Authorization**

Of Counsel:
Moses Silverman
Eric Twiste
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
212.373.3000

Dated: July 6, 2006

O'MELVENY & MYERS LLP

By: /s/ Charles C. Read

Charles C. Read (Cal. Bar No. 67231)
Karl R. Thompson
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: 202.383.5300
Facsimile: 202.383.5414
Email: cread@omm.com
Email: kthompson@omm.com

Attorneys for Defendants James Morris and Alan M. Reinke and Nominal Defendant GATX Flightlease Aircraft Company Ltd.

***With Express Authorization**

* I, Kurt Ramlo, attest that Michael A. Zwibelman and Charles C. Read have read and approved the Stipulation Requesting Order Extending Time and consent to its filing in this action.

**ORDER**

IT IS HEREBY ORDERED that all deadlines previously scheduled in this matter are continued for a period of ninety (90) days from entry of this Order.

DATED: ___________ , 2006.

______________________________
The Honorable Marilyn H. Patel
United States District Judge