SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Van C. Durrer, II (Cal. Bar. No. 226693)
Kurt Ramlo (Cal. Bar No. 166856)
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071-3144
Telephone:  213.687.5000
Facsimile:  213.687.5600
Email:  kramlo@skadden.com

Attorneys for the Joint Liquidators of
Plaintiff Flightlease Holdings (Guernsey) Limited

*Names and addresses of additional counsel appear on the signature pages*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLIGHTLEASE HOLDINGS (GUERNSEY) : 
LIMITED, by its Joint Liquidators : Case No. 3:05-CV-04182 MHP
Stephen John Akers and Nick Stuart Wood, :
derivatively and on behalf of Nominal :
Defendant GATX Flightlease Aircraft :
Company Limited, : STIPULATION OF DISMISSAL
: WITHOUT PREJUDICE
        Plaintiff, :
:
    - against - : The Honorable Marilyn H. Patel
:
JAMES MORRIS, ALAN M. REINKE, :
GATX THIRD AIRCRAFT :
CORPORATION and GATX FINANCIAL :
CORPORATION, :
:
        Defendants, :
:
    - and - :
:
GATX FLIGHTLEASE AIRCRAFT :
COMPANY LIMITED, :
:
        Nominal Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Flightlease Holdings (Guernsey) Limited, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited, and Defendants James

**Stipulation of Dismissal Without Prejudice: 3:05-CV-04182 MHP**

Morris, Alan M. Reinke, GATX Third Aircraft Corporation, and GATX Financial Corporation (collectively the "Parties," and each a "Party"), each by their undersigned counsel of record, respectfully submit this Stipulation requesting an Order (i) dismissing the above-captioned action without prejudice and without costs to any party; and (ii) vacating the July 10, 2006 Order (the "Order") of this Court to the extent the Order dismissed the above-captioned action with prejudice.

WHEREAS, in April 2006, the Parties reached a tentative settlement in this matter and agreed to take appropriate steps to dismiss the above-captioned action without prejudice and without costs to any Party; and

WHEREAS, the Parties subsequently undertook to negotiate a series of documents to memorialize the Parties' agreements and dismiss this action without prejudice; and

WHEREAS, on July 6, 2006, the Parties filed with the Court a Notice of Tentative Settlement and [Proposed] Order Continuing All Deadlines, which apprised the Court that the Parties had reached a tentative settlement and respectfully requested that the Court continue any deadlines for a period of ninety (90) days to enable the parties to memorialize their settlement and thereby dismiss this action without prejudice; and

WHEREAS, on July 10, 2006, the Court entered an Order (the "Order") which provided: "The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action, IT IS HEREBY ORDERED that this action is dismissed <u>with prejudice</u> (emphasis added); provided, however, that if any party shall certify to this Court . . . that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial;" and

WHEREAS, notwithstanding the terms of the July 10, 2006 Order dismissing this action with prejudice, the Parties have agreed in connection with their settlement to dismiss this action without prejudice and without costs to any Party;

1  NOW, THEREFORE, the Parties hereby stipulate and agree, by their undersigned

2  counsel of record on behalf of their respective clients, to the following:

3       1. Notwithstanding anything to the contrary in the July 10, 2006 Order, the

4  above-captioned action is hereby DISMISSED WITHOUT PREJUDICE and without costs to any

5  party pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

6  

7       2. The Parties respectfully request that the Court VACATE the July 10, 2006

8  Order to the extent it dismisses the above-captioned action with prejudice and in so doing is

9  inconsistent with the terms of this Stipulation.

10       3. That an Order in the form attached hereto as Exhibit A be entered based on

11  this Stipulation.

12  IT IS SO STIPULATED AND AGREED.

13  Dated: October 13, 2006                    SKADDEN, ARPS, SLATE

14                                                MEAGHER & FLOM, LLP

15  

16                                       By:/s/ Kurt Ramlo
                                        Van C. Durrer, II (Cal. Bar. No. 226693)

17                                          Kurt Ramlo (Cal. Bar No. 166856)
                                        300 South Grand Avenue

18                                          Suite 3400
                                        Los Angeles, California 90071-3144

19                                          Telephone:  213.687.5000
                                        Facsimile:  213.687.5600

20                                          Email:  kramlo@skadden.com

21                                          Attorneys for the Joint Liquidators of Plaintiff
                                        Flightlease Holdings (Guernsey) Limited

22  Of Counsel:
    George A. Zimmerman

23  Lauren E. Aguiar
    Four Times Square

24  New York, New York 10036
    212.735.3000

25      - and –
    Edward J. Meehan

26  1440 New York Avenue, N.W.
    Washington, D.C. 20005

27  202.371.7000

28  _____

**Stipulation of Dismissal Without Prejudice: 3:05-CV-04182 MHP**

| | | |
|---|---|---|
| 1 | Dated: October 13, 2006 | HELLER EHRMAN LLP |
| 2 | | By /s/ Michael Zwibelman |
| 3 | | Michael J. Shepard (Cal. Bar No. 91281)<br>Michael A. Zwibelman (Cal. Bar No. 224783) |
| 4 | | 333 Bush Street<br>San Francisco, California 94104-2878 |
| 5 | | Telephone:  415.772.6000<br>Facsimile:  415.772.6268 |
| 6 | | Email:  michael.shepard@hellerehrman.com<br>Email:  michael.zwibelman@hellerehrman.com |
| 7 | | |
| 8 | | Attorneys for Defendants GATX Third<br>Aircraft Corporation and GATX Financial<br>Corporation |
| 9 | | |
| 10 | | *With Express Authorization |

Of Counsel:
Moses Silverman
Eric Twiste
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
212.373.3000

**Stipulation of Dismissal Without Prejudice: 3:05-CV-04182 MHP**

| | | |
|---|---|---|
| 1 | Dated: October 13, 2006 | O'MELVENY & MYERS LLP |
| 2 | | By:/s/ Charles C. Read |
| 3 | | Charles C. Read (Cal. Bar No. 67231) |
| | | Karl R. Thompson |
| 4 | | 1625 Eye Street, NW |
| | | Washington, D.C. 20006 |
| 5 | | Telephone:  202.383.5300 |
| | | Facsimile:  202.383.5414 |
| 6 | | Email:  cread@omm.com |
| | | Email:  kthompson@omm.com |

Attorneys for Defendants James Morris and Alan M. Reinke and Nominal Defendant GATX Flightlease Aircraft Company Ltd.

**\*With Express Authorization**

\* I, Kurt Ramlo, attest that Michael A. Zwibelman and Charles C. Read have read and approved this Stipulation of Dismissal Without Prejudice and consent to its filing in this action

**Stipulation of Dismissal Without Prejudice: 3:05-CV-04182 MHP**

# EXHIBIT A

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Van C. Durrer, II (Cal. Bar. No. 226693)
Kurt Ramlo (Cal. Bar No. 166856)
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071-3144
Telephone: 213.687.5000
Facsimile: 213.687.5600
Email: kramlo@skadden.com

Attorneys for the Joint Liquidators of
Plaintiff Flightlease Holdings (Guernsey) Limited

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLIGHTLEASE HOLDINGS (GUERNSEY) LIMITED, by its Joint Liquidators Stephen John Akers and Nick Stuart Wood, derivatively and on behalf of Nominal Defendant GATX Flightlease Aircraft Company Limited,

  Plaintiff,

  - against -

JAMES MORRIS, ALAN M. REINKE, GATX THIRD AIRCRAFT CORPORATION and GATX FINANCIAL CORPORATION,

  Defendants,

  - and -

GATX FLIGHTLEASE AIRCRAFT COMPANY LIMITED,

  Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 3:05-CV-04182 MHP

ORDER OF DISMISSAL
<u>WITHOUT PREJUDICE</u>

The Honorable Marilyn H. Patel

Based on the Stipulation between and among the parties previously filed with the Court, and good cause therefor, it is ORDERED that:

1. The Stipulation is approved;

2.  The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE in its entirety without costs or attorneys' fees to any party as against any other party; and

3.  The Order of the Court dated July 10, 2006 is VACATED to the extent it dismisses the above-captioned action with prejudice.

10/24/2006

The Honorable
United States Judge Marilyn H. Patel

*IT IS SO ORDERED* [signature]

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA* [seal]

**Order of Dismissal Without Prejudice: 3:05-CV-04182 MHP**

# PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On October 13, 2006, I served the foregoing document described as:

**Stipulation of Dismissal Without Prejudice**

on interested parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael J. Shepard<br>Michael A. Zwibelman<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, California 94104-2878 | Moses Silverman<br>Eric Twiste<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 |

Charles C. Read
Karl R. Thompson
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006

☒ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2006 at Los Angeles, California.

*/s/ Andy Shah*
Andy Shah